UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Melissa Commodore
J[redacted] C[redacted]
Ernest Commodore
Linda Commodore
Plaintiff(s)/United States

v.                                    Case No.  2:19-CV-00431-SMJ

Department of Defense U.S.
Air force FAIRCHLD AIRFORCE BASE
Defendant(s)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
DEC 2 6 2019
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Pro Se Motion to Obtain ECF Login and Password

NOW COMES the Plaintiff/Defendant, Melissa Commodore, appearing pro se (hereinafter "Pro Se Litigant"), and respectfully requests that the court permit said Pro Se Litigant to obtain an ECF login and password. In support of this motion, Pro Se Litigant states the following:

1. Pro Se Litigant is presently a named party in the above case.

2. Pro Se Litigant represents that he/she has the following systems required to participate in ECF:

   A. Personal computer that has current security patches applied.

   B. Word processing software for creating pleadings and software used to convert pleadings to PDF.

   C. PDF reading software used to read documents converted to PDF;

D. An email account and Internet access with a minimum of 2 megabits per second (Mb/s) of bandwith for upload and download;

E. Internet browser that is compatible with CM/ECF, such as Internet Explorer or Firefox;

F. A PACER account with PACER login and password;

G. A document scanner and/or access to a document *scanner.*

3. As a condition of obtaining an ECF login and password, Pro Se Litigant understands and agrees to the following:

A. That I am required to maintain and keep the aforementioned systems in working order;

B. That I am required to review the U.S. District Court, Eastern District of Washington *Administrative Procedures for Electronic Case Filing* and will be expected to comply with all rules and procedures governing ECF;

C. That I may only file electronic documents in the above-captioned case;

D. That the clerk's office will terminate my ECF Registration should an attorney subsequently file an appearance on my behalf in the above captioned case;

E. That the court may terminate my ECF Registration at any time for failure to comply with any of the above conditions or other conditions stated in the ECF Registration Form.

WHEREFORE, Pro Se Litigant respectfully requests that the court:

A. Grant the Motion to Obtain an ECF Login and Password;

B. Grant such other relief as is equitable and just.

Date: 12/23/19  Signature: /s/

Name: Dr. Melissa Commodore

Address: 34620 4th PL SW

Federal Way WA. 98023

Telephone No. (206) 355-4108

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 23 day of December, 20 19, I filed the foregoing document with the Clerk of Court. I certify that a true and correct copy of said Motion was sent to all case participants in the following manner:

__X__  U.S. Mail - Postage Prepaid    _____ Other

_____  Personal Service

Parties Served: Attn: Chin-Zen L. Plotner
AFLOA/JACE
1500 W. Perimeter Rd, Ste 1500
Joint Base Andrews, MD, 20762

DATED this 23 day of December, 20____.

_(signature)_
Signature
- 4 -